

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00044-CV

| | | |
|---|---|---|
| BARBARA J. KADOW, Appellant | § | On Appeal from the 89th District Court |
| v. | § | of Wichita County (DC89-CV2019-0556) |
| | § | February 25, 2021 |
| MICHAEL H. GRAUERHOLZ, INDIVIDUALLY AND AS PRESIDENT OF WESBROOKS, INC., Appellee | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We reverse the denial of Barbara J. Kadow's motion to dismiss and remand Michael H. Grauerholz's defamation claim to the trial court for dismissal and for further proceedings consistent with this opinion.

It is further ordered that appellee Michael H. Grauerholz shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Dana Womack
    Justice Dana Womack